B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Marcia Bourne, ex rel MARCIA R. BOURNE BANKRUPTCY INTER ESTATE PURE TRUST | **DEFENDANTS** BARTON Schwartz, MOHAMMED HOSSAIN, MOHAMMED ALAM, John Doe Unknown Parties claiming an Interest. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Due Process, violations Title 11 U.S.C. 548(A)(B)(i)(ii)(1)(iv)(2)(i), Common Law Real Estate rights, unlawful conversion. ||

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23
☐ Check if a jury trial is demanded in complaint | Demand $

**Other Relief Sought** Injunctive Relief and imposition of Automatic stay immediate return of property, all just and equal lawful relief

*[RECEIVED 2025 APR 10 P 4:21 stamp]*

**B1040 (FORM 1040) (12/24)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR Burton Schwartz, John Doe, Mohammed Alam, Mohammed Hossain | BANKRUPTCY CASE NO. 1-25-41222-ESS | | |
| DISTRICT IN WHICH CASE IS PENDING Eastern | DIVISION OFFICE | NAME OF JUDGE Stong, Elizabeth S. | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | | |

### INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

OMB CONTROL NUMBER
1121-0130

EASTERN DISTRICT BANKRUPTCY COURT OF NEW YORK

BROOKLYN, NEW YORK, DOCKET# 1-25-41222-ESS.

Maria Bourne, ex rel.

BOURNE MARIA BANKRUPTCY INTER ESTATE PURE TR.

Claimant,

v.

BARTON SCHWARTZ, MOHAMMED, ALAM, MOHAMMED HOSSAIN, John Doe (unknown parties claiming an interest),

Respondents.



Adnnistrator [judge] Strong, Elizabeth S

# Verified Complaint
## Sanctions for Automatic Stay Violations.

Plaintiff Maria bourne, with special appearance pro per, respectfully claims the following:

### 1. Parties
a. Plaintiff is a natural woman domiciled at Kings County, New York, with an equitable and constructive interest in the common law real estate known as 848 Linden Boulevard, Brooklyn, NY 11203.

federal court has jurisdiction pursuant to Diversity of Citizenship, and Title 11 U.S.C. section 548 (A)(B)(i)(ii)(I)(IV)(d)(i), and applicable common law real estate rights conversion, for the bankruptcy venue.

b. Defendants include Barton Schwartz as plaintiff receiver, Mohammed, Alam, Mohammed, Hossain and unknown persons or entities who may assert an interest in the property.

## 2. Real Estate Description

The property is located at 848 Linden Boulevard, Brooklyn, NY 11203 and is identified in court records under Index No 55105/2010, with a fraudulent real estate transaction commenced on or about March 13, 2025.

## 3. Basis for Sanctions

### COUNT 1.

a. Claimant asserts that the transaction was based on unlawful conversion, wherein Respondent(s) sold property without consent, consideration, authorization from the Grantor. Respondent(s) have no mutually authorizing contract with Claimant for any real estate purchase transaction; Claimant further says she was never told about the March sale transaction, and her signature as a Grantor, needed to convey real estate was never granted, nor conveyed to lawfully authorize said transaction. See Exhibit B Note and Mortgage instrument. Page three (3) of the Recorded instrument dated November 30, 2018- CRFN 20180003946007. The convoluted instrument on appearance shows I, my husband at the time and one Barton Schwartz, conveyed property for $10. This is fraud, plain and simple. See Exhibit A conveyance record from NYC Acris records.

### COUNT 2

b. Claimant alleges Respondent(s) failed to establish a clear chain of title and did not provide Maria notice or opportunity to cure or contest the action, violating due process, failing to attach a Lis Pendens within the complaint. No referee, No court can act in power of attorney position for Claimant in a real estate transaction, not having a signed POA in place from Claimant, nor being a party to the Real Estate Contract. It is a clear violation for the Contract Doctrine. No Lis Pendens (No Abstract Title Search evidencing Grantor-Grantee to Respondent(s).

### COUNT 3.

Claimant alleges Equity theft, Real estate can only be conveyed with the consent and signature of the Grantor and for lawful consideration, No so called referee, no judge can convey private property of the Claimants trust to another party, it violates the Takings Clause, 4th, 5th Amendment for the 1787 Constitution for the union States of America.

### COUNT 4.

Claimant positively sets forth never receiving any funds from Respondents, for the March 2025 or November, 2018 conveyance.

Claimant never signed over her property as a Grantor to the Respondent(s). Respondent can show no viable contract, having dual signatories to it.

## 4. Relief Requested

Claimant demands the immediate reversal for the unlawful March, 2025 real estate transaction and imposition of the Automatic Stay:

a. Declaring that Plaintiff holds equitable and rightful title to the real estate.

b. Canceling any conveyances or transfers resulting from the unlawful real estate transaction..

c. Enjoining any further actions to evict, transfer, or claim ownership of said real estate and other personal property to include all accounts held in any Warehouse.

d. Enforce Automatic Stay.

e. Awarding such other and further relief as the Court deems just and proper.

VERFICATION

I, maria bourne as a trustee for the BOURNE MARIA BANKRUPTCY INTER ESTATE PURE TR. Dated 6th April, 2025 circa affirm:

I am the Claimant in the within action. I have read the complaint in its entirety and affirm under penalty of perjury and the laws of this state, and pursuant to Title 28 usc 1746 with the united States America- the allegations set forth are based on personal knowledge, except as to those allegations made on information and belief and as to those from outside sources, I believe them to be true.

Executed on 10th April, 2025 circa.

by: _bourne maria_ .L.S.
Maria Bourne, u/d/t TTEE.

# EXHIBIT A.

# Certification

**STATE OF NEW YORK, COUNTY OF KINGS, SS:**

I, Nancy T. Sunshine, County Clerk and Clerk of Supreme Court Kings County, do hereby certify that on October 15, 2018 I have compared the document attached hereto,

55105/2010 Order to Appoint Receiver - COPY filed 9/28/2018 page(s) 1-4.

with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.

*Nancy T. Sunshine*

**NANCY T. SUNSHINE**
**KINGS COUNTY CLERK**

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2025032100297001002E043C

## RECORDING AND ENDORSEMENT COVER PAGE
PAGE 1 OF 5

**Document ID:** 2025032100297001  **Document Date:** 03-13-2025  **Preparation Date:** 03-21-2025
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| JUDICIAL TITLE INSURANCE AGENCY, LLC PICKUP<br>800 WESTCHESTER AVENUE STE S340<br>151769 SB EF<br>RYE BROOK, NY 10573<br>914-381-6700<br>JTRECORDING@JUDICIALTITLE.COM | MOHAMMED M HOSSAIN & MOHAMMED ALAM<br>592 HALSEY STREET<br>BROOKLYN, NY 11233 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 4680 | 2 | Entire Lot | 848 LINDEN BOULEVARD |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| BARTON SCHWARTZ, AS RECEIVER<br>13 WEST 28TH STREET<br>NEW YORK, NY 10018 | MOHAMMED ALAM<br>592 HALSEY ST<br>BROOKLYN, NY 11233-1102 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 11,328.75 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 3,180.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 52.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed  03-21-2025 15:42
City Register File No.(CRFN):
2025000079342

*Colette M'Clain-Jacques*

*City Register Official Signature*

THIS INDENTURE, made the 13th day of March, in the year 2025

BETWEEN Barton Schwartz, as Receiver pursuant to Order to Appoint Receiver in action at the Matrimonial Term, Part 5T of the Supreme Court of the State of New York, County of Kings, between George Alleyne, Plaintiff and Maria Alleyne, Defendant, Index No. 55105/2010, dated 07/27/2018, recorded 11/30/2018, in CRFN: 2018000396007 with an address of 13 West 38th Street, New York, NY 10018.

party of the first part, and Mohammed Alam and Mohammed M. Hossain, 592 Halsey Street, Brooklyn, NY 11233 party of the second part, as joint tenants with rights of survivorship WITNESSETH, that the party of the first part, in consideration of

Ten dollars

paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the See Attached Schedule A

Being and intended to be the same property conveyed in the deed recorded 12/22/93 in Reel 3181 p 2392

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____

_____

Barton Schwartz, as Receiver pursuant to Order to Appoint Receiver in action at the Matrimonial Term, Part 5T of the Supreme Court of the State of New York, County of Kings, between George Alleyne, Plaintiff and Maria Alleyne, Defendant, Index No. 55105/2010, dated 07/27/2018, recorded 11/30/2018, in CRFN: 2018000396007.



800 Westchester Avenue • Suite S340 • Rye Brook, NY 10573 • T (914) 381-6700 • F (914) 381-3131
315 Madison Avenue • Suite 3028 • New York, NY 10017 • T (212) 432-3272 • F (800) 329-9396
20 West Main Street • Suite 101 • Riverhead, NY 11901 • T (631) 395-0500 • F (631) 405-3155

Title Number: 151769OL-K

## SCHEDULE A

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southerly side of Linden Boulevard, distant 25 feet 3 inches easterly from the corner formed by the intersection of the southerly side of Linden Boulevard with the easterly side of East 54th Street;

RUNNING THENCE southerly and parallel with East 54th Street, 100 feet;

THENCE easterly parallel with Linden Boulevard, 29 feet 9 inches;

THENCE northerly again parallel with East 54th Street, 100 feet to the southerly side of Linden Boulevard; and

THENCE westerly along the said northerly side of Linden Boulevard, 29 feet 9 inches to the point or place of BEGINNING.

**FOR CONVEYANCE PURPOSES**

The policy to be issued under this report will insure the title to such buildings and improvements erected on the premises which by law constitute real property. TOGETHER with all the right, title and interest of the party in the first part, or, in and to the land lying in the street in front of and adjoining said premises.

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of Kings, ss:

On the 13th day of March in the year 2025, before me, the undersigned, personally appeared Barton Schwartz, as Receiver pursuant to Order to Appoint Receiver in action at the Matrimonial Term, Part 5T of the Supreme Court of the State of New York, County of Kings, between George Alleyne, Plaintiff and Maria Alleyne, Defendant, Index No. 55105/2010, dated 07/27/2018, recorded 11/30/2018, in CRFN: 2018000396007. , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

ROBYN D. ROMAN
Notary Public, State of New York
No. 01RO6078858
Qualified in Westchester County
Commission Expires August 12, 2026

## ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of , ss:

On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

_____
NOTARY PUBLIC

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of , ss:

On the day of in the year , before me, the undersigned, personally appeared , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

## ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

State of , County of , ss:

On the day of in the year , before me, the undersigned personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the (add the city or political subdivision and the state or country or other place the acknowledgement was taken).

_____
NOTARY PUBLIC

## Bargain & Sale Deed
## With Covenants

TO

Title No. 151769

**DISTRIBUTED BY**
JUDICIAL TITLE
T: 800-281-TITLE    F: 800-FAX-9396

COUNTY: Kings
TOWN/CITY:
PROPERTY ADDRESS: 848 Linden Blvd
SECTION: 15
BLOCK: 4680
LOT: 2

RETURN BY MAIL TO:

Mohammed M Hossan
Mohammed Alam
592 Halsey St
Brooklyn NY 11233



### SENATE STANDING COMMITTEE ON HOUSING, CONSTRUCTION AND COMMUNITY DEVELOPMENT

### NOTICE OF PUBLIC HEARING

SUBJECT:   Deed Theft

PURPOSE:   To receive testimony regarding the practice of deed theft, its enforcement across the state, and any legislation needed to protect vulnerable homeowners

Thursday, October 27, 2022
10 a.m.
Senate Hearing Room
250 Broadway, 19th Floor
New York, New York

Web Link: https://www.nysenate.gov/events

### ORAL TESTIMONY BY INVITATION ONLY

Deed theft, or stealing the title of a house, also known as title fraud, is a predatory practice targeting rapidly gentrifying communities, especially communities of color. The City of New York received around 3,000 complaints about deed theft between 2014 and 2019, 45% of which came from Brooklyn. Often the practice involves forging a homeowner's signature on documents without their knowledge or tricking them into signing over their property under false claims of financial relief.

Despite the important work of the Office of the Attorney General to raise awareness of this criminal activity, current law does not adequately protect homeowners who are caught up in the web of scammers looking to steal their homes.

Through this hearing, the Committee will receive firsthand public testimony from victims of deed theft or title fraud, government entities tasked with deed theft enforcement, and community and legal service organizations that are on the ground protecting New Yorkers.

**Senator Brian Kavanagh**
Chair,
**Committee on Housing, Construction and Community Development**

# **<u>10 DAY NOTICE OF TERMINATION</u>**

To:    John Doe #1 – Licensee
848 Linden Blvd, 1st Floor
Brooklyn, NY 11203

John Doe #2 – Licensee
848 Linden Blvd, 1st Floor
Brooklyn, NY 11203

John Doe #3 – Licensee
848 Linden Blvd, 1st Floor
Brooklyn, NY 11203

Jane Doe #1 – Licensee
848 Linden Blvd, 1st Floor
Brooklyn, NY 11203

Jane Doe #2 – Licensee
848 Linden Blvd, 1st Floor
Brooklyn, NY 11203

Jane Doe #3
848 Linden Blvd, 1st Floor
Brooklyn, NY 11203

    PLEASE BE ADVISED, the owner of the subject premises elects to terminate your occupancy of 848 Linden Blvd, 1st Floor, Brooklyn, NY 11203, now held by you as licensee due to you remaining in the property after the property was sold to new owner. Unless you remove from the said premises on or before the 15th of April, 2025, the day on which your license expires, the owner will commence summary proceedings under the statute to remove you from said premises for the holding over after the expiration of your license and will demand the value of your use and occupancy of the premises during such holding over.

Dated: March 28, 2025
    Brooklyn, New York

_____
MOHAMMED ALAM– LANDLORD
DAVIS, NDANUSA, IKHLAS & SALEEM, LLP.
By: Tarik Davis, Esq.
Attorneys for Petitioner/Landlord – Mohammed Alam
26 Court Street, Suite 603
Brooklyn, NY 11242
Tel.: (718) 783-6819

March 22, 2025




**Office of the City Register**
66 John St
New York, NY 10038

M8397-6.01-SW10-0000286 P003 T00003 *********ALL FOR AADC 112
MARIA R. ALLEYNE
848 LINDEN BLVD.
BROOKLYN, NY 11203-3622

**RE: A new document has been recorded against your property**

Dear Property Owner,

You are receiving this letter through the New York City Department of Finance's Notice of Recorded Document Program. The purpose of the program is to help prevent deed fraud by alerting you whenever a deed- or mortgage-related document is recorded against your property.

The document described below was recently recorded against your property. You may obtain a copy of this document by visiting www.nyc.gov/acris.

| Borough | Block | Lot | City Register File Number | Document Type |
|---|---|---|---|---|
| Brooklyn | 4680 | 2 | 2025000079342 | DEED |

If you were already aware of the document, you do not need to take any action.

If you suspect that a fraudulent document has been recorded, please contact the New York City Sheriff's Office for assistance with filing a complaint or reporting an alleged criminal violation at 718-707-2100 or email TAXCOP@finance.nyc.gov.

If you do not want to receive future notification of documents recorded against this property, you may opt out by submitting the "Notice of Recorded Document Program Opt-Out Form" available at www.nyc.gov/propertyforms.

Sincerely,

Office of the City Register
New York City Department of Finance